| | |
|---|---|
| 1 | THEODORA R. LEE (SBN 129892) |
| 2 | LUCAS V. MUÑOZ (SBN 254900)<br>LITTLER MENDELSON |
| 3 | A Professional Corporation<br>650 California Street, 20th Floor |
| 4 | San Francisco, CA 94108-2693<br>Telephone: (415) 433-1940 |
| 5 | Facsimile: (415) 399-8490 |
| 6 | Attorneys for Defendants<br>AUTOZONE, INC. and JOSH HUGHES |
| 7 | MARYLON M. BOYD (SBN 139642) |
| 8 | LAW OFFICES OF MARYLON M. BOYD<br>2201 Broadway Street, Suite 815 |
| 9 | Oakland, CA 94612<br>Telephone: (510) 663-8772 |
| 10 | Facsimile: (510) 663-8781 |
| 11 | Attorney for Plaintiff<br>KARIMAH BOYD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMAH BOYD,<br><br>Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada corporation, JOSH HUGHES, and Does 1 through 10,<br><br>Defendants. | CASE NO. 3:11-CV-00776 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO EXCHANGE INITIAL DISCLOSURES UNDER FRCP 26** |

IT IS HEREBY STIPULATED by and between Defendants AutoZone, Inc. and Josh Hughes (collectively, "Defendants") and Plaintiff Karimah Boyd ("Plaintiff") by and between their respective counsel, that the date Defendants and Plaintiff are to exchange Initial Disclosures under FRCP 26, originally scheduled for June 17, 2011, be extended one week to June 24, 2011.

This is the first stipulation between the parties and is not entered into for purposes of delay to the Court.

Firmwide:102300881.1 013306.2169

CASE NO. 3:11-CV-00776 JSW        STIPULATION RE INITIAL DISCLOSURES

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

| | |
|---|---|
| DATED: June 16, 2011 | LITTLER MENDELSON<br>A Professional Corporation |
| | By    */s/ Lucas V. Muñoz* <br>        LUCAS V. MUÑOZ |
| | Attorneys for Defendants<br>AUTOZONE, INC. and JOSH HUGHES |
| DATED: June 16, 2011 | LAW OFFICES OF MARYLON M. BOYD |
| | By  */s/ Marylon M. Boyd* <br>        MARYLON M. BOYD |
| | Attorneys for Plaintiff<br>KARIMAH BOYD |

**ORDER**

The parties having stipulated, IT IS SO ORDERED.

DATED: June 17, 2011

*Jeffrey S. White*
JEFFREY S. WHITE
DISTRICT COURT JUDGE