1  THEODORA R. LEE, Bar No. 129892 MARYLON M. BOYD SBN #139642
   LUCAS V. MUNOZ, Bar No. 254900 LAW OFFICES OF MARYLON M. BOYD
2  KYLE E. KELLY, Bar No. 271689 2201 Broadway Street, Suite 815
   LITTLER MENDELSON, P.C. Oakland, California 94612
3  650 California Street, 20th Floor Telephone: (510) 663-8772
   San Francisco, California 94108-2693 Facsimile: (510) 663-8781
4  Telephone: (415) 433-1940 lawofficeofmarylonboyd@yahoo.com
   Facsimile: (415) 399-8490
5  Email: tlee@littler.com Attorney for Plaintiff
          lmunoz@littler.com KARIMAH BOYD
6
7  Attorneys for Defendants
   AUTOZONE, INC. and JOSH HUGHES

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 KARIMAH BOYD,                              CASE NO. 3:11-CV-00776 JSW

12         Plaintiff,                         **JOINT STIPULATION AND [PROPOSED]
                                              ORDER FOR CONTINUANCE OF
13    v.                                      BRIEFING SCHEDULE FOR CROSS
                                              MOTIONS FOR SUMMARY JUDGMENT**
14 AUTOZONE, INC., a Nevada Corporation;
   JOSH HUGHES, an individual; and DOES
15 1 THROUGH 10                               Judge:  Hon. Jeffrey S. White
                                              Ctrm:   11, 19th Floor
16         Defendants.

CASE NO. 3:11-CV-00776 JSW                    JOINT STIPULATION AND [PROPOSED]
                                              ORDER FOR CONTINUANCE

1  The Parties to the above referenced matter, through their under-signed counsel, do
2  hereby stipulate as follows:

3  1. WHEREAS the Clerk of the Court continued the briefing schedule on the
4  parties' cross-dispositive motions such that the initially moving party would file by June 22, 2012;

5  2. WHEREAS the parties were directed to meet and confer regarding the
6  briefing schedule set by the clerk;

7  3. WHEREAS the parties did so meet and confer in an attempt to arrive at an
8  acceptable schedule. Due to mutual conflicting obligations, neither party could file its dispositive
9  motion by the June 22, 2012 deadline for the initially moving party, as set by the clerk;

10  4. WHEREAS both parties wish to preserve their procedural right to bring a
11  dispositive motion and have their respective claims determined, if possible, without a trial;

12  5. WHEREAS the parties with to avoid an unseemly race to file their respective
13  dispotivie motions, which would prejudice the other party;

14  6. WHEREAS the parties agree to refrain from filing individual dispositive
15  motions until such time as His Honor rules on this stipulation and proposed rule, so as not to act in
16  bad faith towards one another;

17  7. WHEREAS trial in this matter is currently set for January 28, 2013, and
18  neither party would be prejudiced by a short continuance in the summary judgment briefing
19  schedule,

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///
TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

CASE NO. 3:11-CV-00776 JSW  1.  JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE

| | |
|---|---|
| 1 | The parties do hereby agree as follows: |
| 2 | 1. Defendants shall file their dispositive motion by Friday, July 6, 2012; |
| 3 | 2. Plaintiff shall file his opposition and cross-motion by Friday August 3, 2012; |
| 4 | 3. Defendants shall file their opposition and reply by Friday August 17, 2012; |
| 5 | 4. Plaintiff shall file his reply by Friday August 17, 2012; |
| 6 | SO STIPULATED |

DATED: June 22, 2012

/s/ Lucas V. Munoz
THEODORA R. LEE, Bar No. 129892
LUCAS V. MUNOZ, Bar No. 254900
KYLE E. KELLY, Bar No. 271689
LITTLER MENDELSON, P.C.

Attorneys for Defendants
AUTOZONE, INC. and JOSH HUGHES

DATED: June 22, 2012

/s/ Marylon M. Boyd
MARYLON M. BOYD SBN #139642
LAW OFFICES OF MARYLON M. BOYD

Attorney for Plaintiff
KARIMAH BOYD

SO ORDERED
DATED: June 26, 2012

JEFFREY S. WHITE
UNITED STATES COURT DISTRICT JUDGE

Firmwide:112647087.1 013306.2169

CASE NO. 3:11-CV-00776 JSW     2.     JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE