| | |
|---|---|
| THEODORA R. LEE, Bar No. 129892<br>LUCAS V. MUNOZ, Bar No. 254900<br>KYLE E. KELLY, Bar No. 271689<br>LITTLER MENDELSON, P.C.<br>650 California Street, 20th Floor<br>San Francisco, California 94108-2693<br>Telephone: (415) 433-1940<br>Facsimile: (415) 399-8490<br>Email: tlee@littler.com<br>       lmunoz@littler.com<br><br>Attorneys for Defendants<br>AUTOZONE, INC. and JOSH HUGHES | MARYLON M. BOYD SBN #139642<br>LAW OFFICES OF MARYLON M. BOYD<br>2201 Broadway Street, Suite 815<br>Oakland, California 94612<br>Telephone: (510) 663-8772<br>Facsimile: (510) 663-8781<br>lawofficeofmarylonboyd@yahoo.com<br><br>Attorney for Plaintiff<br>KARIMAH BOYD |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMAH BOYD,<br><br>       Plaintiff,<br><br>v.<br><br>AUTOZONE, INC., a Nevada Corporation; JOSH HUGHES, an individual; and DOES 1 THROUGH 10<br><br>       Defendants. | CASE NO. 3:11-CV-00776 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF BRIEFING SCHEDULE FOR CROSS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Judge:  Hon. Jeffrey S. White<br>Ctrm:   11, 19th Floor |

CASE NO. 3:11-CV-00776 JSW

JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE

The Parties to the above referenced matter, through their under-signed counsel, do hereby stipulate as follows:

1. WHEREAS the Clerk of the Court continued the briefing schedule on the parties' cross-dispositive motions such that the initially moving party would file by June 22, 2012;

2. WHEREAS the parties were directed to meet and confer regarding the briefing schedule set by the clerk;

3. WHEREAS the parties did so meet and confer in an attempt to arrive at an acceptable schedule. Due to mutual conflicting obligations, neither party could file its dispositive motion by the June 22, 2012 deadline for the initially moving party, as set by the clerk;

4. WHEREAS both parties wish to preserve their procedural right to bring a dispositive motion and have their respective claims determined, if possible, without a trial;

5. WHEREAS the parties with to avoid an unseemly race to file their respective dispotivie motions, which would prejudice the other party;

6. WHEREAS the parties agree to refrain from filing individual dispositive motions until such time as His Honor rules on this stipulation and proposed rule, so as not to act in bad faith towards one another;

7. WHEREAS trial in this matter is currently set for January 28, 2013, and neither party would be prejudiced by a short continuance in the summary judgment briefing schedule,

///
///
///
///
///
///
///
///
///

TLER MENDELSON, P.C.
650 California Street
20th Floor
Francisco, CA 94108.2693
415.433.1940

CASE NO. 3:11-CV-00776 JSW    1.    JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE

The parties do hereby agree as follows:

1. Defendants shall file their dispositive motion by Friday, July 6, 2012;

2. Plaintiff shall file his opposition and cross-motion by Friday August 3, 2012;

3. Defendants shall file their opposition and reply by Friday August 17, 2012;

4. Plaintiff shall file his reply by Friday August 17, 2012;

SO STIPULATED

DATED: June 22, 2012

*/s/ Lucas V. Munoz*
THEODORA R. LEE, Bar No. 129892
LUCAS V. MUNOZ, Bar No. 254900
KYLE E. KELLY, Bar No. 271689
LITTLER MENDELSON, P.C.

Attorneys for Defendants
AUTOZONE, INC. and JOSH HUGHES

DATED: June 22, 2012

*/s/ Marylon M. Boyd*
MARYLON M. BOYD SBN #139642
LAW OFFICES OF MARYLON M. BOYD

Attorney for Plaintiff
KARIMAH BOYD

SO ORDERED
DATED: June 26, 2012

JEFFREY S. WHITE
UNITED STATES COURT DISTRICT JUDGE

Firmwide:112647087.1 013306.2169

CASE NO. 3:11-CV-00776 JSW    2.    JOINT STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE