United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KARIMAH BOYD,

    Plaintiff,

v.

AUTOZONE, INC., et al.,

    Defendants.

_____/

No. C 11-00776 JSW

**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE**

    The Court ORDERS that pursuant to Civil Local Rule 72-1 and ADR Local Rule 7-2, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference.  If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4172.  The settlement conference shall be conducted within sixty days, if possible.  The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

    The Court FURTHER ORDERS that the pretrial conference and trial are CONTINUED to February 11, 2013 at 2:00 p.m. and March 11, 2013 at 8:00 a.m., respectively.

    **IT IS SO ORDERED.**

Dated: November 16, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Referral Clerk