MARYLON M. BOYD, Bar No. 139642
lawofficeofmarylonboyd@yahoo.com
LAW OFFICES OF MARYLON M. BOYD
2201 Broadway Street, Suite 815
Oakland, CA 94612
Phone: 510.663.8772
Fax: 510.663.8781

Attorneys for Plaintiff
KARIMAH BOYD

THEODORA R. LEE, Bar No. 129892
tlee@littler.com
LUCAS V. MUNOZ, Bar No. 254900
lmunoz@littler.com
KYLE E. KELLY, Bar No. 271689
kkelly@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Defendant
AUTOZONE, INC. AND JOSH HUGHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMAH BOYD,<br><br>    Plaintiff,<br><br>    v.<br><br>AUTOZONE, INC. a Nevada Corporation, JOSH HUGHES; and, DOES 1 THROUGH 10<br><br>    Defendants. | Case No. 3:11-CV-00776 JSW<br><br>**NOTICE OF SETTLEMENT AND STIPULATED [PROPOSED] ORDER VACATING TRIAL CALENDAR** |

TO THE HONORABLE JEFFREY S. WHITE:

The above referenced parties have settled this matter pursuant to the terms of the parties' written settlement agreement executed at the parties' Final Settlement Conference held before the Honorable Donna M. Ryu on January 22, 2013. The parties intend to stipulate to the dismissal of Plaintiff's Complaint with prejudice as soon as all conditions of settlement have been met. The parties therefore request that the trial date and all related deadlines on the Court's docket in this case be vacated.

Dated: February 7, 2013          LAW OFFICES OF MARYLON M. BOYD

                                         By:    */s/ Marylon M. Boyd*
                                                         Marylon M. Boyd
                                                         Attorneys for Plaintiff

Dated: February 7, 2013          LITTLER MENDELSON, PC

                                         By:    */s/ Lucas V. Muñoz*
                                                         Lucas V. Muñoz
                                                         Attorneys for Defendants

### **ATTESTATION**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated: February 7, 2013          By:    */s/ Lucas V. Munoz*
                                                         Lucas V. Muñoz
                                                         LITTLER MENDELSON
                                                         650 California Street, 20th Floor
                                                         San Francisco, CA 94108
                                                         Telephone: (415) 433-1940
                                                         Facsimile: (415) 399-8490

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the trial date and all related deadlines in this matter are vacated. The Court HERBY SETS a case status conference for April 12, 2013 at 1:30 p.m.

Dated: February 8, 2013

_____
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

Firmwide:118169733.1 013306.2169

2