| | |
|---|---|
| 1 | MARYLON M. BOYD, Bar No. 139642 |
|   | lawofficeofmarylonboyd@yahoo.com |
| 2 | LAW OFFICES OF MARYLON M. BOYD |
|   | 2201 Broadway Street, Suite 815 |
| 3 | Oakland, CA 94612 |
|   | Phone: 510.663.8772 |
| 4 | Fax: 510.663.8781 |

Attorneys for Plaintiff
KARIMAH BOYD

THEODORA R. LEE, Bar No. 129892
tlee@littler.com
LUCAS V. MUNOZ, Bar No. 254900
lmunoz@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:    415.433.1940
Facsimile:     415.399.8490

Attorneys for Defendant
AUTOZONE, INC. AND JOSH HUGHES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMAH BOYD, | Case No.  3:11-CV-00776 JSW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| AUTOZONE, INC. a Nevada Corporation, JOSH HUGHES; and, DOES 1 THROUGH 10 | |
| Defendants. | |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP FOR DISMISSAL
Firmwide:119650711.1 013306.2169

CASE NO. 3:11-CV-00776 JSW

IT IS HEREBY STIPULATED by and between Plaintiff KARIMAH BOYD and Defendants AUTOZONE, INC. and Josh Hughes that the above-titled action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear their own costs and attorneys' fees.

Dated: January 23, 2013  Respectfully submitted,

/s/ *Marylon M. Boyd*
MARYLON M. BOYD
LAW OFFICES OF MARYLON M. BOYD
Attorneys for Plaintiff
KARIMAH BOYD

Dated: April 10, 2013

/s/ *Lucas V. Muñoz*
THEODORA R. LEE
LUCAS V. MUNOZ
KYLE E. KELLY
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AUTOZONE, INC.

## ATTESTATION

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated: April 10, 2013

/s/ *Lucas V. Munoz*
Lucas V. Muñoz
LITTLER MENDELSON
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP FOR DISMISSAL
Firmwide:119650711.1 013306.2169

CASE NO. 3:11-CV-00776 JSW

**[PROPOSED] ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear their own costs and attorneys' fees.

Dated: April __10__, 2013

_____
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP FOR DISMISSAL
Firmwide:119650711.1 013306.2169

1.

CASE NO. 3:11-CV-00776 JSW