| | |
|---|---|
| 1 | MARYLON M. BOYD, Bar No. 139642 |
| 2 | lawofficeofmarylonboyd@yahoo.com<br>LAW OFFICES OF MARYLON M. BOYD |
| 3 | 2201 Broadway Street, Suite 815<br>Oakland, CA 94612 |
| 4 | Phone: 510.663.8772<br>Fax: 510.663.8781 |
| 5 | Attorneys for Plaintiff |
| 6 | KARIMAH BOYD |
| 7 | THEODORA R. LEE, Bar No. 129892<br>tlee@littler.com |
| 8 | LUCAS V. MUNOZ, Bar No. 254900<br>lmunoz@littler.com |
| 9 | LITTLER MENDELSON<br>A Professional Corporation |
| 10 | 650 California Street, 20th Floor<br>San Francisco, CA 94108.2693 |
| 11 | Telephone: 415.433.1940<br>Facsimile: 415.399.8490 |
| 12 | Attorneys for Defendant |
| 13 | AUTOZONE, INC. AND JOSH HUGHES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMAH BOYD, | Case No. 3:11-CV-00776 JSW |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| AUTOZONE, INC. a Nevada Corporation, JOSH HUGHES; and, DOES 1 THROUGH 10 | |
| Defendants. | |

STIP FOR DISMISSAL
Firmwide:119650711.1 013306.2169

CASE NO. 3:11-CV-00776 JSW

IT IS HEREBY STIPULATED by and between Plaintiff KARIMAH BOYD and Defendants AUTOZONE, INC. and Josh Hughes that the above-titled action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear their own costs and attorneys' fees.

Dated:   January 23, 2013              Respectfully submitted,


                                       /s/ *Marylon M. Boyd*
                                       MARYLON M. BOYD
                                       LAW OFFICES OF MARYLON M. BOYD
                                       Attorneys for Plaintiff
                                       KARIMAH BOYD

Dated:   April 10, 2013


                                       /s/ *Lucas V. Muñoz*
                                       THEODORA R. LEE
                                       LUCAS V. MUNOZ
                                       KYLE E. KELLY
                                       LITTLER MENDELSON
                                       A Professional Corporation
                                       Attorneys for Defendant
                                       AUTOZONE, INC.

## **ATTESTATION**

I hereby attest that for all conformed signatures indicated by a "/s/," the signatory has concurred in the filing of this document.

Dated: April 10, 2013                  /s/ *Lucas V. Munoz*
                                       Lucas V. Muñoz
                                       LITTLER MENDELSON
                                       650 California Street, 20th Floor
                                       San Francisco, CA 94108
                                       Telephone: (415) 433-1940
                                       Facsimile: (415) 399-8490

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP FOR DISMISSAL
Firmwide:119650711.1 013306.2169

CASE NO. 3:11-CV-00776 JSW

**[PROPOSED] ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each party shall bear their own costs and attorneys' fees.

Dated: April __10__, 2013

_____
JEFFREY S. WHITE
U.S. DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP FOR DISMISSAL
Firmwide:119650711.1 013306.2169

1.

CASE NO. 3:11-CV-00776 JSW